AO  442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:20CR00303-1 |
| | ) | |
| | ) | |
| | ) | |
| CARL EUGENE SCHUMANN | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Carl Eugene Schumann                                                                         ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Possession and Use of a Controlled Substance; Failure to Participate in Treatment as Directed; Failure to Participate in Substance Abuse Testing as Directed; Failure to Pay Restitution as Directed

Date: _____

_____
*Issuing officer's signature*

City and state:    Denver, Colorado

_____
Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     _____<br>*Arresting officer's signature* <br><br> _____<br>*Printed name and title* |