**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  20-cr-00303-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARL EUGENE SCHUMANN,

    Defendant.

---

### ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violations of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__    ORDERS the issuance of an arrest warrant.

_____    ORDERS the issuance of a summons.

_____    DENIES the request.

DATED:  September 7, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge